AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:       1:03CR00560-012                                        Judgment - Page 2
DEFENDANT:         POI MAUGAOTEGA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIXTY (60) MONTHS.

[✓] The court makes the following recommendations to the Bureau of Prisons:
1) Terminal Island; 2) Lompoc; 3) Vocational/Educational Training; 4) 500 Hour Comprehensive Drug Treatment Program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 2 3 2006
at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
 [ ] before ___ on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on 12-13-05 to FPC She____
at Sheardon, OR , with a certified copy of this judgment.

Charles A. Daniels
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal